James MILLER, Petitioner-Appellant,

v.

Gary L. HENMAN, Warden, United States Penitentiary, Marion, Illinois, Respondent-Appellee.

No. 86–1035.

United States Court of Appeals, Seventh Circuit.

March 24, 1987.

Before EASTERBROOK, Circuit Judge, RIPPLE, Circuit Judge and GRANT, Senior District Judge *.

## ORDER

Petitioner-appellant filed a petition for rehearing and suggestion of rehearing en banc on December 13, 1986. All of the judges on the panel have voted to deny rehearing. After a poll of the judges in regular active service, the suggestion of rehearing en banc fails. Judges Bauer, Cudahy, and Flaum voted to hear the case en banc.

The petition for rehearing is denied.

---

* The Honorable Robert A. Grant, of the Northern District of Indiana, sitting by designation.